STATE OF NEW JERSEY v. ARISTIDES A. ATHENSON.

May 15, 1973. Petition for certification denied.

MOUNTAIN HILL PROPERTIES, INC. v. TOWNSHIP COM-
MITTEE OF THE TOWNSHIP OF MIDDLETOWN.

May 15, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES ELLIS FOYE.

May 16, 1973. Petition for certification granted.

STATE OF NEW JERSEY v. GEORGE M. MARX.

May 16, 1973. Petition for certification denied.

WILLINGBORO EDUCATION ASSN. v.
WILLINGBORO TOWNSHIP BOARD OF EDUCATION.

May 16, 1973. Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF A.B.M.

May 16, 1973. Petition for certification granted.